UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00013-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDREA HINES, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the court's own Motion to Correct the Judgment in the Criminal Case. The court enters the following Order to correct a typographical error on the Judgment (#439) in this above-captioned case.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the register ("USM") number reading 32057-058 on the Judgment (#439) **SHALL BE AMENDED** to note the correct USM number 32507-058.

The Clerk of Court is directed to enter an amended Judgment reflecting this change.

Signed: November 10, 2016

Max O. Cogburn Jr
United States District Judge